

1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9

10

DEXTER GATBONTON,

     *Petitioner*,

11

vs.

12

13

PAMELA K. LAUER, *et al.*

14

     *Respondents*.

2:12-cv-02079-RCJ-VCF

ORDER

15

16        This represented immigration habeas matter under 28 U.S.C. § 2241 comes before the

17 court for initial review under 28 U.S.C. § 2243.  The filing fee has been paid.  Following upon said

18 review,

19        **IT IS THEREFORE ORDERED** that the Clerk of Court shall serve a copy of this

20 order and the petition (ECF #1) upon respondents:  **(1)** by having the United States Marshal, by the

21 close of business on the date that this order is entered, deliver same to the United States Attorney for

22 the District of Nevada or to the person designated thereby for acceptance of service; **(2)** by certified mail

23 upon Pamela K. Lauer, Corrections Superintendent, Henderson Detention Center, P.O. Box 95050,

24 Henderson, NV 89009-5050; **(3)** by certified mail upon the Hon. Eric Holder, Attorney General of the

25 United States, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001; and **(4)** by certified mail

26 upon the Hon. Janet Napolitano, Secretary, United States Department of Homeland Security, 245

27 Murray Lane SW, Washington, D.C. 20528.  No formal service will be directed as to the remaining

28

1  respondent named in the petition unless it is demonstrated that such service is a necessary predicate to

2  the court's jurisdiction.

3          **IT IS FURTHER ORDERED**, pursuant to 28 U.S.C. § 2243, that respondents shall

4  have three (3) business days from the date of entry of this order within which to answer, or otherwise

5  respond to, the petition and show cause why relief should not be granted.

6        DATED this 29th day of January, 2013.

7

8                                UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-