

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEXTER GATBONTON,

    *Petitioner,*

vs.

PAMELA K. LAUER, *et al.*

    *Respondents.*

2:12-cv-02079-RCJ-VCF

ORDER

    This represented immigration habeas matter under 28 U.S.C. § 2241 comes before the court for initial review under 28 U.S.C. § 2243. The filing fee has been paid. Following upon said review,

    **IT IS THEREFORE ORDERED** that the Clerk of Court shall serve a copy of this order and the petition (ECF #1) upon respondents: **(1)** by having the United States Marshal, by the close of business on the date that this order is entered, deliver same to the United States Attorney for the District of Nevada or to the person designated thereby for acceptance of service; **(2)** by certified mail upon Pamela K. Lauer, Corrections Superintendent, Henderson Detention Center, P.O. Box 95050, Henderson, NV 89009-5050; **(3)** by certified mail upon the Hon. Eric Holder, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001; and **(4)** by certified mail upon the Hon. Janet Napolitano, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, D.C. 20528. No formal service will be directed as to the remaining

respondent named in the petition unless it is demonstrated that such service is a necessary predicate to the court's jurisdiction.

**IT IS FURTHER ORDERED**, pursuant to 28 U.S.C. § 2243, that respondents shall have three (3) business days from the date of entry of this order within which to answer, or otherwise respond to, the petition and show cause why relief should not be granted.

DATED this 29th day of January, 2013.

UNITED STATES DISTRICT JUDGE