1

2

3

4                          **UNITED STATES DISTRICT COURT**

5                              **DISTRICT OF NEVADA**

6

7   DEXTER GATBONTON,                        )
                                             )
            Plaintiff,                       )
8                                            )        2:12-cv-02079-RCJ-VCF
            vs.                              )
9                                            )
    PAMELA K. LAUER et al.,                  )        **ORDER**
10                                           )
            Defendants.                      )
11   _____        )

12          This is a habeas corpus action pursuant to 28 U.S.C. § 2241 by a permanent resident alien

13   detained in Las Vegas, Nevada pursuant to § 236(c) of the Immigration and Naturalization Act, 8

14   U.S.C. § 1226(c)(1)(D).  The facts are not contested.  The Petition rests upon the single ground

15   that the language of "when released" in § 1226(c)(1)(D) does not permit detention unless effected

16   immediately upon release for the offense for which detention is authorized.  Petitioner argues that

17   his detention three years after release for the offense authorizing detention is therefore not

18   permitted under the statute.  The district courts are in disagreement, but the two courts of appeals

19   to address the question have held that the statute is at most ambiguous as to any immediacy

20   requirement such that the courts under *Chevron* should defer to the agency's interpretation that

21   there is no immediacy requirement, and that the statutory interpretation issue is not determinative

22   in any case because the statute does not indicate that officials lose authority to detain upon delay.

23   *See Sylvain v. Attorney General*, 714 F.3d 150, 157 (3d Cir. 2013) (four-year delay); *Hosh v.*

24   *Lucero*, 680 F.3d 375, 382 (4th Cir. 2012) (three-year delay).  The Court agrees and therefore

25   denies the Petition.

1

**CONCLUSION**

2        IT IS HEREBY ORDERED that the Motion to Extend Time (ECF No. 6) is GRANTED,

3   and the Answer (ECF No. 13) is deemed timely.

4        IT IS FURTHER ORDERED that the Petition is DENIED.

5        IT IS FURTHER ORDERED that the Motion for Leave to Appear by Government

6   Attorney (ECF No. 7) is DENIED, as there is no indication the local Assistant U.S. Attorneys are

7   incapable of litigating this matter.

8        IT IS FURTHER ORDERED that the Motion for Judgment on the Pleadings (ECF No. 9)

9   and the Motion for Expedited Hearing (ECF No. 10) are DENIED.

10       IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

11       IT IS SO ORDERED.

12   Dated this 12th day of July, 2013.

13   _____
     ROBERT C. JONES
14   United States District Judge

15

16

17

18

19

20

21

22

23

24

25